```
FILED
June 22, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>            Plaintiff,                        )<br>v.                                                    )<br>                                                         )<br>DAVID JOPSON,                          )<br>            Defendant.                    )<br>                                                         )<br>_____) | Case No. MAG. 11-0176-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DAVID JOPSON, Case No. MAG. 11-0176-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

  X    Bail Posted in the Sum of: $100,000.00.

    X    Unsecured Appearance Bond (Interim)

    X    Secured Appearance Bond

    X    (Other) Conditions as stated on the record.

    X    (Other) Secured bond paperwork to be filed by 07/06/2011.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/22/2011  at 3:25 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge